**SEALED** **FILED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2770

APR 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 2 10 - MJ - 0 1 0 2    GGH
                           )
         Plaintiff,        )
                           )
    vs.                    )
                           )  SEALING ORDER
MIGUEL CASTELLANOS HUITRON, et al. )
                           )
         Defendants.       )
                           )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached Complaint, the Affidavit in support thereof, the application and order for sealing, this sealing order and all other supporting documents be sealed until the arrest of any of the defendants named therein.

DATED: April 13, 2010

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge