**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
Fernando Madrigal

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S 10-162 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME |
| Vs | |
| FERNANDO MADRIGAL, et. al., | |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko coppola, Counsel for Plaintiff, and undersigned counsel for all defendants, that the status conference scheduled for November 8, 2011 at 9:30 AM, be vacated and the matter be continued to this Court's criminal calendar on January 10 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the January 10, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

/S/ HEIKO COPPOLA  
Heiko Coppola, Esq.,                          Dated: November 2, 2011  
Assistant United States Attorney  
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                         Dated: November 2, 2011  
Michael B. Bigelow  
Attorney for Defendant  
Fernando Madrigal

/S/STEVE TEICH                                Dated: November 2, 2011  
Steve Teich  
Attorney for Defendant  
Rafael Emilio Gaonzalez Jurabe

/S/JOHN VIRGA                                 Dated: November 2, 2011  
John Virga  
Attorney for Defendant  
CerArturo Zepeda

PDF created with pdfFactory trial version www.pdffactory.com

```
/S/HAYES GABLE                    Dated: November 2, 2011
Hayes Gable
Attorney for Defendant
Alfredo Gallardo-Sosa

/S/RON PETERS                     Dated: November 2, 2011
Ron Peters
Attorney for Defendant
Mario Nunez Sr.

/S/DAVID FISCHER                  Dated: November 2, 2011
Carl Larson
Attorney for Defendant
Justin Haynes

/S/DANYY BRACE                    Dated: November 2, 2011
Danny Brace
Attorney for Defendant
Hiribero Andrad-Torres

/S/JAMES R. GREINER               Dated: November 2, 2011
James Greiner
Attorney for Defendant
Alehandro Cisneros Romero

/S/SCOTT CAMERON                  Dated: November 2, 2011
Scott Cameron
Attorney for Defendant
Juan Lopez

/S/DOUG BEEVERS                   Dated: November 2, 2011
Doug Beevers
Attorney for Defendant
Jairo Zapien

/S/ROBERT FORKNER                 Dated: November 2, 2011
Robert Forkner
Attorney for Defendant
Ignacio Hernandez
```

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until January 10, 2012 at 9:30 AM, and time excluded for the reasons set forth above.

DATED:  November 4, 2011


/s/ John A. Mendez_____
**HON JOHN A MENDEZ.**
UNITED SATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com