1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988
   hhgable@pacbell.net
5
   Attorney for Defendant
6  MICHELLE ERNESTINA LUCERO

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 **UNITED STATES OF AMERICA**,                Cr. S-10-162 JAM

12              Plaintiff,                      **STIPULATION AND ORDER**

13        vs.

14 **MICHELLE ERNESTINA LUCERO,**

15              Defendant(s).

16

17
              On April 19, 2010, defendant, Michelle
18
   Ernestina Lucero, was ordered released on specified conditions pending trial by Magistrate Judge
19
   Gregory G. Hollows.  One of the conditions was that she submit to periodic drug testing as requested
20
   by the pretrial officer.
21
        Pretrial Services Officer Darryl Walker has supervised Ms. Lucero for approximately two years,
22
   during which time she has never submitted a positive drug test.  Mr. Walker has requested that the drug-
23
   testing condition be deleted.  Asst. U.S. Attorney Heiko Coppola, who is representing the Government
24
   in this matter, has no objection to this request.
25
   ////
26
   ////
27
   ////
28

                                              1

////

Accordingly, IT IS HEREBY STIPULATED between the parties hereto that the drug-testing condition imposed by the Magistrate Judge on April 19, 2010, be deleted. All other conditions of the pretrial release are to remain in full force and effect.

Dated: May 15, 2012              BENJAMIN B. WAGNER
                                 United States Attorney

                         By:     /s/Heiko Coppola
                                 HEIKO COPPOLA
                                 Assistant U.S. Attorney

Dated: May 15, 2012

                                 /s/Hayes H. Gable, III
                                 HAYES H. GABLE, III
                                 Attorney for Defendant
                                 MICHELLE ERNESTINA LUCERO

### ORDER

GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted.

Dated: May 15, 2012              /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court Judge