```
 1  John R. Manning
    Attorney at Law
 2  1111 H Street, Suite 204
    Sacramento, CA 95814
 3  (916) 444-3994
    Fax (916) 447-0931
 4  jmanninglaw@yahoo.com

 5  Attorney for Defendant
    MIGUEL HUITRON
 6

 7                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,       ) Case No.: 2:10 CR 162 JAM
                                    )
10              Plaintiff,          ) STIPULATION REGARDING EXCLUDABLE TIME
                                    ) PERIODS UNDER SPEEDY TRIAL ACT;
11  vs.                             ) FINDINGS AND ORDER
                                    )
12  MIGUEL HUITRON,                 ) Date:  March 27, 2018
                                    ) Time:  9:15 a.m.
13              Defendant.          ) Judge: Honorable John A. Mendez
                                    )
14
```

15      The United States of America through its undersigned counsel, Heiko

16 Coppola, Assistant United States Attorney, together with counsel for

17 defendant Miguel Huitron, John R. Manning, Esq., hereby stipulate the

18 following:

19      1. By previous order, this matter was set for status conference on

20 January 23, 2018.

21      2. By this stipulation, the defendant now moves to continue the status

22 conference until March 27, 2018 at 9:15 a.m, and to exclude time between

23 January 23, 2018 and March 27, 2018 under Local Code T-2 (complexity of the

24 case) and Local Code T-4 (to allow defense counsel time to prepare). Such

25 time exclusions were previously ordered in this matter prior to Mr. Huitron

26 being brought before the Court. Such exclusions still seem to be appropriate

27 based on the amount of defendants and discovery (as noted below).

28

1

3. The parties agree and stipulate, and request the Court find the following:

    a. This is a seven year old wire tap case with 12 defendants. The United States has produced 8,536 pages of discovery, seven discs of audio files, and 522 pages of call translations.

    b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 23, 2018, to March 27, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the
defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 17, 2018          /s/  John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Miguel Huitron

Dated:  January 17, 2018         McGregor W. Scott
                                 United States Attorney

                                 /s/  Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 17th day of January, 2018.

                                 /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE