John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MIGUEL HUITRON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10 CR 162 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| MIGUEL HUITRON, | Date: June 5, 2018 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with counsel for defendant Miguel Huitron, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 8, 2018.

2. By this stipulation, the defendant now moves to continue the status conference until June 5, 2018 at 9:15 a.m., and to exclude time between May 8, 2018 and June 5, 2018 under Local Code T-2 (complexity of the case) and Local Code T-4 (to allow defense counsel time to prepare).  Such time exclusions were previously ordered in this matter prior to Mr. Huitron being brought before the Court.  Such exclusions still seem to be appropriate based on the amount of defendants and discovery (as noted below).

3. The parties agree and stipulate, and request the Court find the following:

    a. This is a seven year old wire tap case with 12 defendants. The United States has produced 8,536 pages of discovery and eleven discs of audio files and call translations.

    b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 8, 2018, to June 5, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 27, 2018
/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Miguel Huitron

Dated: April 27, 2018
McGregor W. Scott
United States Attorney

/S/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 30th day of April, 2018.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE