Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL HUITRON,<br><br>　　　　　Defendant. | Case No.: 2:10-cr-00162-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously-scheduled status conference date of July 28, 2020, be vacated and the matter set for status conference on October 20, 2020, at 9:15 a.m.

This continuance is requested because defense counsel was substituted into the case on January 10, 2020 and needs time to review discovery received in this case.  The pandemic severely impacts client conferences.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**1**
**Stipulation and [Proposed] Order to Continue Status Conference**

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
2  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, July
3  24, 2020, to and including October 20, 2020.
4       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5       IT IS SO STIPULATED.

6  Dated:  July 24, 2020                                  Respectfully submitted,

7                                                  /s/ Michael E. Hansen
8                                                  MICHAEL E. HANSEN
                                                Attorney for Defendant
9                                                  MIGUEL HUITRON

10  Dated:  July 24, 2020                                  McGREGOR SCOTT
                                                United States Attorney

11                                                  By:  /s/ Michael E. Hansen for
12                                                  HEIKO COPPOLA
                                                Assistant U.S. Attorney
13                                                  Attorney for Plaintiff

14                                                 **ORDER**

15       The Court, having received, read, and considered the stipulation of the parties,
16  and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
17  order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
18  Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
19  trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense counsel
21  to this stipulation reasonable time necessary for effective preparation, taking into account the
22  exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
23  requested continuance outweigh the best interests of the public and the defendants in a speedy
24  trial.
25       The Court orders that the time from the date of the parties' stipulation, July 24,
26  2020, to and including October 20, 2020, shall be excluded from computation of time within
27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
28

**Stipulation and [Proposed] Order to Continue Status Conference**

section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the July 28, 2020, status conference shall be continued until October 20, 2020, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 24, 2020                                 /s/ John A. Mendez_____
                                                    JOHN A. MENDEZ
                                                    United States District Court Judge