Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00162-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| MIGUEL HUITRON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously-scheduled status conference date of January 26, 2021, be vacated and the matter set for status conference on April 27, 2021, at 9:30 a.m.

This continuance is requested because defense counsel was substituted into the case on January 10, 2020 and needs time to review discovery received in this case.  The discovery provided consists of dozens of media files and 8, 398 pages of separate discovery.  The pandemic severely impacts client conferences.  Mr. Huitron tested positive for COVID on January 8, 2021; his availability to appear on January 26, 2021 is in doubt.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such

**1**
**Stipulation and Order to Continue Status Conference**

1 a continuance outweigh the best interests of the public and the defendants in a speedy trial and
2 that time within which the trial of this case must be commenced under the Speedy Trial Act
3 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
4 Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
5 January 21, 2021, to and including April 27, 2021.

6     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
7     IT IS SO STIPULATED.

8 Dated: January 21, 2021     Respectfully submitted,

9     /s/ Michael E. Hansen
    MICHAEL E. HANSEN
10     Attorney for Defendant
    MIGUEL HUITRON
11
12 Dated: January 21, 2021     McGREGOR SCOTT
    United States Attorney

13     By: /s/ Michael E. Hansen for
14     HEIKO COPPOLA
    Assistant U.S. Attorney
15     Attorney for Plaintiff

16 **ORDER**

17     The Court, having received, read, and considered the stipulation of the parties,
18 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
19 order. Based on the stipulation of the parties and the recitation of facts contained therein, the
20 Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
21 trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court
22 specifically finds that the failure to grant a continuance in this case would deny defense counsel
23 to this stipulation reasonable time necessary for effective preparation, taking into account the
24 exercise of due diligence. The Court finds that the ends of justice to be served by granting the
25 requested continuance outweigh the best interests of the public and the defendants in a speedy
26 trial.

27     The Court orders that the time from the date of the parties' stipulation, January
28

**Stipulation and Order to Continue Status Conference**

21, 2021, to and including April 27, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 26, 2021, status conference shall be continued until April 27, 2021, at 9:30 a.m.

     IT IS SO ORDERED.

Dated:  January 21, 2021                              /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE