Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00162-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) ) | |
| MIGUEL HUITRON, | ) ) | |
| Defendant. | ) ) | |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously scheduled status conference date of August 17, 2021, be vacated and the matter set for status conference on October 19, 2021, at 9:30 a.m.

　　This continuance is requested because defense counsel was substituted into the case on January 10, 2020 and needs time to review discovery received in this case.  The discovery provided consists of dozens of media files and 8,398 pages of separate discovery.  The pandemic severely impacts client conferences and is further hampered since Mr. Huitron is a Spanish speaker.

　　The Government concurs with this request.

　　Further, the parties agree and stipulate the ends of justice served by the granting of such

1  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
2  that time within which the trial of this case must be commenced under the Speedy Trial Act
3  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
4  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
5  August 12, 2021, to and including October 19, 2021.
6      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
7      IT IS SO STIPULATED.

8  Dated:  August 12, 2021                                       Respectfully submitted,

9                                                 /s/ Michael E. Hansen
10                                                MICHAEL E. HANSEN
                                                  Attorney for Defendant
11                                                MIGUEL HUITRON

12 Dated:  August 12, 2021                                       Phillip Talbert
                                                  Acting United States Attorney

13                                                By:  /s/ Michael E. Hansen for
                                                  HEIKO COPPOLA
14                                                Assistant U.S. Attorney
15                                                Attorney for Plaintiff

16                                            **ORDER**

17     The Court, having received, read, and considered the stipulation of the parties,
18 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
19 order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
20 Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
21 trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
22 specifically finds that the failure to grant a continuance in this case would deny defense counsel
23 to this stipulation reasonable time necessary for effective preparation, taking into account the
24 exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
25 requested continuance outweigh the best interests of the public and the defendants in a speedy
26 trial.
27     The Court orders that the time from the date of the parties' stipulation, August
28

12, 2021, to and including October 19, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 17, 2021, status conference shall be continued until October 19, 2021, at 9:30 a.m.

      IT IS SO ORDERED.

Dated:  August 12, 2021                        /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE