Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MIGUEL HUITRON,<br><br>               Defendant. | Case No.: 2:10-cr-00162-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously scheduled status conference date of October 19, 2021, be vacated and the matter set for status conference on January 18, 2022, at 9:30 a.m.

This continuance is requested because defense counsel was substituted into the case on January 10, 2020, and needs time to review discovery received in this case.  The discovery provided consists of dozens of media files and 10,229 pages of separate discovery.  The pandemic severely impacts client conferences and is further hampered since Mr. Huitron is a Spanish speaker.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such

1    a continuance outweigh the best interests of the public and the defendants in a speedy trial and

2    that time within which the trial of this case must be commenced under the Speedy Trial Act

3    should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local

4    Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

5    October 12, 2021, to and including January 18, 2022.

6         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7         IT IS SO STIPULATED.

8    Dated:  October 12, 2021                    Respectfully submitted,

9                                                /s/ Michael E. Hansen
10                                               MICHAEL E. HANSEN
                                                 Attorney for Defendant
11                                               MIGUEL HUITRON

12   Dated:  October 12, 2021                    Phillip Talbert
                                                 Acting United States Attorney
13
                                                 By:  /s/ Michael E. Hansen for
14                                               HEIKO COPPOLA
                                                 Assistant U.S. Attorney
15                                               Attorney for Plaintiff

16                                     **ORDER**

17        The Court, having received, read, and considered the stipulation of the parties,

18   and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

19   order.  Based on the stipulation of the parties and the recitation of facts contained therein, the

20   Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and

21   trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

22   specifically finds that the failure to grant a continuance in this case would deny defense counsel

23   to this stipulation reasonable time necessary for effective preparation, taking into account the

24   exercise of due diligence.  The Court finds that the ends of justice to be served by granting the

25   requested continuance outweigh the best interests of the public and the defendants in a speedy

26   trial.

27        The Court orders that the time from the date of the parties' stipulation, October

28

12, 2021, to and including January 18, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the October 19, 2021, status conference shall be continued until January 18, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 10/14/2021                                   /s/John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order to Continue Status Conference**