Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00162-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) | |
| MIGUEL HUITRON, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously scheduled status conference date of January 18, 2022, be vacated and the matter set for status conference on April 5, 2022, at 9:30 a.m.

This continuance is requested because defense counsel was substituted into the case on January 10, 2020, and needs time to review discovery received in this case.  The discovery provided consists of dozens of media files and 10,229 pages of separate discovery.  The pandemic severely impacts client conferences and is further hampered since Mr. Huitron is a Spanish speaker.

It is anticipated that at the next hearing the defendant will change his plea.

The Government concurs with this request.

1
**Stipulation and Order to Continue Status Conference**

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 13, 2022, to and including April 5, 2022.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 13, 2022                             Respectfully submitted,

                                                    /s/ Michael E. Hansen
                                                    MICHAEL E. HANSEN
                                                    Attorney for Defendant
                                                    MIGUEL HUITRON

Dated: January 13, 2022                             Phillip Talbert
                                                    United States Attorney

                                                    By: /s/ Michael E. Hansen for
                                                    HEIKO COPPOLA
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

3

1  The Court orders that the time from the date of the parties' stipulation, January
2  13, 2022, to and including April 5, 2022, shall be excluded from computation of time within
3  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
4  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
5  It is further ordered that the January 18, 2022, status conference shall be continued until April 5,
6  2022, at 9:30 a.m.
7  IT IS SO ORDERED.

Dated:  January 13, 2022                           /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order to Continue Status Conference**