Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MIGUEL HUITRON

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00162-JAM |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) ) | |
| MIGUEL HUITRON, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Miguel Huitron, that the previously scheduled status conference date of June 14, 2022, be vacated and the matter set for status conference on June 21, 2022, at 9:30 a.m.

This continuance is requested because defense counsel was exposed to individuals who have recently tested positive for COVID.  Undersigned is self-quarantining until June 16, 2022.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local

Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June 13, 2022, to and including June 21, 2022.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 13, 2022,                                   Respectfully submitted,

                                                         /s/ Michael E. Hansen
                                                         MICHAEL E. HANSEN
                                                         Attorney for Defendant
                                                         MIGUEL HUITRON

Dated:  June 13, 2022,                                   Phillip Talbert
                                                         United States Attorney

                                                         By:  /s/ Michael E. Hansen for
                                                         HEIKO COPPOLA
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect counsel to risk appearing in-person due to recent exposure to COVID positive individuals.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 13, 2022, to and including June 21, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 14, 2022 status conference shall be continued until June 21, 2022, at 9:30 a.m.

**Stipulation and Order to Continue Status Conference**

1    IT IS SO ORDERED.

2

3    Dated:  June 13, 2022              /s/ John A. Mendez

4                                       THE HONORABLE JOHN A. MENDEZ

5                                       UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Continue Status Conference**